UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:16-CR-22-DCR-REW |
| v. | ) | |
| | ) | ORDER |
| ERIC CHRISTOPHER CONN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The United States moved for entry of a protective order. DE #44 (Motion). The Government indicated no objection by defense counsel. *Id.* at 2. The Court thus **GRANTS** the motion (DE #44) and has signed the tendered protective order in an effort to facilitate prompt discovery progression in this case. If a defendant does have an objection,[1] he shall file it **within 7 days**, and the Court will consider modifying the protective order, as appropriate, on full briefing.

This the 13th day of April, 2016.



Signed By:
Robert E. Wier  REW
United States Magistrate Judge

---

[1] The Court notes that Defendant Daugherty is not yet before this Court, but the Court has drawn CJA counsel for an anticipated appointment. The United States indicated non-objection from all defense counsel.

1