# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

**Eastern District of Kentucky**
**FILED**
APR 14 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax: 202-485-6496
E-Mail: CA-PPT-CourtOrders@state.gov

**FROM:** United States Probation Office

Community Trust Building
100 East Vine Street, Suite 600
Lexington, Kentucky 40507-1442
Phone: (859) 233-2646
Fax: (859) 233-2496

☒ **Original Notice**
Date: 4/13/2016
By: U.S. Probation Office

☐ **Notice of Disposition**
Date:
By:

Defendant: Eric Christopher Conn
Date of Birth: 1960
SSN:

Case Number: 0643 5:16-CR-22-DCR-1
Place of Birth: Pikeville, KY

**Notice of Court Order** (Order Date: 4/12/2016 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 429053196 and/or passport card number _____ to the custody of the U.S. Probation Office on 4/12/2016.

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court