UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 5:16-CR-22-DCR-REW-1 |
| ) | |
| ERIC CHRISTOPHER CONN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**MOTION TO RESCHEDULE STATUS CONFERENCE**
***** ***** *****

The Defendant, Eric Conn, by counsel, moves the Court to reschedule the Status Conference now set for July 11, 2016, at 1:30 pm, at the Lexington Federal Courthouse on July 25 or July 26, 2016. This was set by Order entered on April 28, 2016. (DE 70).

In support, Defendant Conn states as follows:

1. Local counsel, Scott White, is scheduled to be in England between June 26 and July 13, 2016 (flight dates) to attend the National Union of Miners annual meeting in Durham, United Kingdom as well as a vacation. Attached as Exhibit A is White's confirmed flight e-ticket purchased April 26, 2016.

2. All Defendants have advised that new speedy trial waivers will be executed should the Court deem them necessary.

2. Undersigned counsel has surveyed all other defense and prosecution counsel and confirmed both their agreement to the rescheduling and that these two dates are open in their schedules.

3. A proposed order is attached.

1

WHEREFORE, for the foregoing reasons, Defendant Conn respectfully requests that the Status Conference be rescheduled for Lexington on either July 25 or July 26, 2016.

This the 19th day of May, 2016

*Scott White*_____
Fogle Keller Purdy, PLLC
300 E. Main Street
Lexington, KY  40507
859.977-6208 DIRECT
859.253-4702 FAX
859.552-8020   CELL
scottwhite@fkplaw.com

Certificate of Service

I certify that on May 19, 2016, a correct copy of this Motion was served on all counsel of Record via the ECF system.

*Scott White*_____